# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| ) | Case No. 24-MJ-5009-JGD |
| ESTES CARTER THOMPSON III ) | |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2, 2023  in the county of  Suffolk  in the
District of  Massachusetts , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2251(a) and (e) | Sexual Exploitation of Children, and attempt |
| 18 U.S.C. § 2252A(a)(5)(B) and (b)(2) | Possession of Child Pornography depicting prepubescent minor, and attempt |

This criminal complaint is based on these facts:

Please see the attched Affidavit of Special Agent Jason D. Costello, attached hereto and incorporated herein.

☑ Continued on the attached sheet.

*Complainant's signature*

Special Agent Jason D. Costello, FBI
*Printed name and title*

Sworn to before me and signed via telepone.

Date: 01/09/2024

*Judge's signature*

City and state: Boston, Massachusetts

Hon. Judith G. Dein, U.S. Magistrate Judge
*Printed name and title*